# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTIAN HEVERLY**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #175056**

**v.**　　　　　　　　　　　**Case No. 4:22-cv-00523-KGB**

**DEXTER PAYNE,**
**Director, Arkansas Division of Correction**　　　　　　　　　　　**DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 14). Plaintiff Christian Heverly has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, Mr. Heverly's amended petition for writ of *habeas corpus* is dismissed with prejudice (Dkt. No. 6).

It is so ordered this 27th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge